IN THE UNITED STATES BANKRUPTCY COURT　　bknotice
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
ROBERT D. CUTHBERTSON, SR.　　　　　　　　　　　　CASE NO. 19-12103
1848 CLARION AVE.　　　　　　　　　　　　　　　　　CHAPTER 13
CINCINNATI, OH  45207　　　　　　　　　　　　　　　JUDGE BETH A. BUCHANAN

　　Debtor

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
## AND CASE HISTORY ELIGIBLE FOR DISCHARGE

　　The above case having been completed on Feb 27, 2025, the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.

Bankruptcy Rule 1007 (b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management, prepared as prescribed by the appropriate official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of discharge.

**Within twenty one (21) days of the filing of this Chapter 13 Trustee's Certification of Final Payment and Case History, debtors shall file with the Court the "Debtor(s)' Certification Regarding Issuance of Discharge Order". The form can be viewed on the Trustee's website at www.13network.com.**

1. The case was filed on Jun,  6, 2019 and confirmed on Oct, 23, 2019. The case is submitted for closing as COMPLETED.

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $47,051.00.

3. The Trustee made disbursements to the creditor(s) listed below:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| CREDIT ACCEPTANCE CORPORATION | UNSECURED CREDITOR | $8,353.81 | $83.54 | $0.00 | $0.00 |
| Clm #:  0001 | Dividend Paid:  1.00% | Interest Rate:  .00% | | | |
| COMMENT:  2011 KIA SOUL- RELIEF GRANTED | | | | | |
| FRISBY CONSTRUCTION, LLC | SECURED CREDITOR | $9,486.54 | $9,486.54 | $769.30 | $0.00 |
| Clm #:  0002 | Dividend Paid:  100.00% | Interest Rate:  5.00% | | | |
| INTEGRITY FUNDING OHIO | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0003 | Dividend Paid:  1.00% | Interest Rate:  .00% | | | |
| COMMENT:  2004 GMC YUKON-TO BE SURRENDERED | | | | | |
| SELECT PORTFOLIO SERVICING | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0004 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| HAMILTON COUNTY TREASURER | SECURED CLASS 2 CREDITOR | $29,683.49 | $29,683.49 | $0.00 | $0.00 |
| Clm #:  0005 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| HAMILTON COUNTY PROSECUTOR'S OFFICE | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0006 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| MANLEY, DEAS & KOCHALSKI | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0007 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| AHMAD ATTAR, MD | UNSECURED CREDITOR | $276.42 | $2.76 | $0.00 | $0.00 |
| Clm #: 0008 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| AMERICAN INFOSOURCE LP | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0009 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| CINCINNATI WATER WORKS | UNSECURED CREDITOR | $5,656.50 | $56.56 | $0.00 | $0.00 |
| Clm #: 0010 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| CITY OF CINCINNATI | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0011 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| CREDIT ONE BANK | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0012 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| DIRECTV | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0013 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| DUKE ENERGY SHARED SERVICES, INC. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0014 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| FIRST PREMIER BANK VISA | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0015 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| MERCY HEALTH | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0016 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| SENEX SERVICES CORPORATION | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0017 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| CHRIST HOSPITAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0018 | Dividend Paid: 1.00% | Interest Rate: .00% | | | |
| PARSON BISHOP NATL COLL | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0019 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| THE CBE GROUP, INC | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0020 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| WAKEFIELD & ASSOCIATES | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0021 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| MANLEY, DEAS & KOCHALSKI | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0022 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: SELECT PORTFOLIO SERVICING, INC. | | | | | |
| SELECT PORTFOLIO SERVICING | DIRECT PAY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0023 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: AGREED ORDER DOC 52 | | | | | |

4.   Summary of Disbursements:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMT | $39,170.03 | $0.00 | $14,286.73 | $0.00 | $53,456.76 |
| PRIN. PAID | $39,170.03 | $0.00 | $142.86 | $0.00 | $39,312.89 |
| INT. PAID | $769.30 | $0.00 | $0.00 | $0.00 | $769.30 |

5. Costs of Administration:

The clerk was paid $0.00 through the plan for the filing fee.
The debtor(s)' attorney was allowed $3,600.00 and was paid $3,600.00.
The Trustee was paid $3,273.24 pursuant to 11 U.S.C. 1302.
The Trustee was paid $4.99 for administrative notice fees.
The debtor(s) were charged $0.00 for NSF items.
Refunds to the debtor(s) and/or new trustee total $90.58.

6. When relief from stay is granted, or the claim has otherwise been paid, the claim balance due will be reflected as zero.

### CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within thirty (30) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor(s), and debtor(s)' attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. Creditors - No notice will be given of the filing of the Final Report as this notice is intended to comply with Fed.R.Bankr.P.5009(a).

MARGARET A. BURKS, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

CHAPTER 13 CASE NO. 19-12103

NOTICE

IF A DEBTOR(S)' CERTIFICATION IS NOT TIMELY FILED, THIS CASE WILL BE CLOSED. IF THE DEBTOR(s) SUBSEQUENTLY FILES A MOTION TO REOPEN TO ALLOW FOR THE FILING OF THE DEBTOR(S)' CERTIFICATION, THE DEBTOR MUST PAY THE FULL REOPENING FEE.

                              Respectfully submitted,/s/

/s/    Margaret A. Burks, Esq.
        Margaret A. Burks, Esq.
        Chapter 13 Trustee
        Attorney No. OH 0030377

        Francis J. DiCesare, Esq.
        Staff Attorney
        Attorney No. OH 0038798

        Tammy E. Stickley, Esq.
        Staff Attorney
        Attorney Reg No. OH 0090122

        600 Vine Street, Suite 2200
        Cincinnati, OH 45202
        (513) 621-4488
        (513) 621 2643 (Facsimile)
        mburks@cinn13.org - Correspondence only
        fdicesare@cinn13.org
        tstickley@cinn13.org

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY ELIGIBLE FOR DISCHARGE was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by first class mail on March 20, 2025 addressed to:

| | |
|---|---|
| ROBERT D. CUTHBERTSON, SR.<br>1848 CLARION AVE.<br>CINCINNATI, OH  45207 | AHMAD ATTAR, M.D.<br>8575 CAMARGO ROAD<br>CINCINNATI, OH  45243 |
| CINCINNATI WATER WORKS<br>BANKRUPTCY DESK<br>4747 SPRING GROVE AVE.<br>CINCINNATI, OH  45232 | CREDIT ACCEPTANCE CORPORATION<br>25505 W. TWELVE MILE RD.,<br>SUITE 3000<br>SOUTHFIELD, MI  48034 |
| FRISBY CONSTRUCTION, LLC<br>1375 STATE ROUTE 131<br>SUITE D1<br>MILFORD, OH  45150 | HAMILTON COUNTY TREASURER<br>138 EAST COURT ST.<br>ROOM 402<br>CINCINNATI, OH  45202 |
| SELECT PORTFOLIO SERVICING<br>P.O. BOX 65250<br>SALT LAKE CITY, UT  84165 | |

/s/    Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Francis J. DiCesare, Esq.
Tammy E. Stickley, Esq.

CHAPTER 13 CASE NO. 19-12103